■ EUROPEAN AMERICAN BANK, Respondent, v CHEE-HWA TUNG et al., Appellants

No opinion. Concur—Fein, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.

■ In the Matter of GEORGE EVANGELISTA, Respondent. NEW YORK CITY CORPORATION COUNSEL, Appellant

No opinion. Concur—Sandler, J. P., Sullivan, Carro, Rosenberger and Wallach, JJ.

■ In the Matter of WILLIAM ORTIZ, Respondent. NEW YORK CITY CORPORATION COUNSEL, Appellant

No opinion. Concur—Sandler, J. P., Sullivan, Carro, Rosenberger and Wallach, JJ. ·

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL COAXUM, Also Known as ANGEL COLON, Appellant.—

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Sullivan, Carro, Rosenberger and Wallach, JJ.